**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN BARRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.:  04-0168 (RBW) |
| UNITED STATES CAPITOL GUIDE SERVICE | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES CAPITOL GUIDE BOARD, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF FILING

Pursuant to LCvR 5.4(e)(1), Defendants, United States Capitol Guide Service and United States Capitol Guide Board, give notice that they are filing an Emergency Motion to Seal Confidential Portions of the Complaint, accompanying Declaration of Toby R. Hyman, and proposed Order under seal electronically.

Dated: May 27, 2004

Respectfully submitted,

/s/ Toby R. Hyman
Jean M. Manning
D.C. Bar No. 439942
Senate Chief Counsel for Employment

Toby R. Hyman
Appearance pursuant to LCvR 83.2(e)
Senate Senior Counsel for Employment

Julie E. Saker
D.C. Bar No. 477652
Senate Assistant Counsel for Employment

Office of Senate Chief Counsel for Employment
Senate Hart Building, Room 103
Washington, D.C.  20510-7130
Telephone:  (202) 224-5424
Facsimile:  (202) 228-2557
*Attorneys for Defendants,*
   *United States Capitol Guide Service*
   *United States Capitol Guide Board*